UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-00836-CCB-SJF |

**PARTIES' AGREED-UPON BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION**

The parties in this case have agreed upon the following briefing schedule for Plaintiff's Motion for Reconsideration:

1. Defendants' Opposition to the Motion will be due on December 2, 2024;

2. Plaintiff's Reply will be due on December 6, 2024.

Dated: November 22, 2024

        Respectfully submitted,

| | |
|---|---|
| /s/ Naomi R. Shatz | /s/ Anneliese Wermuth |
| Sandra L. Blevins (#19646-49)<br>sblevins@betzadvocates.com<br>litigation@betzadvocates.com<br>Courtney E. Endwright (#§30557-49)<br>cendwright@betzadvocates.com<br>BETZ + BLEVINS<br>One Indiana Square, Suite 1660<br>Indianapolis, IN 46204<br>Office: (317) 687-2222<br>Fax: (317) 687-2221<br><br>Naomi R. Shatz*<br>nshatz@zalkindlaw.com<br>Niamh Gibbons*<br>ngibbons@zalkindlaw.com<br>ZALKIND DUNCAN + BERNSTEIN LLP<br>65A Atlantic Ave.<br>Boston, MA 02110<br>(617) 742-6020<br><br>*Admitted Pro Hac Vice<br>*Attorneys for Plaintiff* | Anneliese Wermuth<br>awermuth@cozen.com<br>COZEN O'CONNOR<br>123 North Wacker Drive, Suite 1800<br>Chicago, Illinois 60606<br>(312) 474-7876<br><br>Michael P. Palmer (#25199-71)<br>V. Chisara Ezie-Boncoeur (#37251-71)<br>BARNES & THORNBURG LLP<br>201 S. Main St., Suite 400<br>South Bend, IN  46601-2130<br>Attorney Palmer: (574) 237-1135<br>michael.palmer@btlaw.com<br>Attorney Ezie-Boncoeur:  (574) 237-1273<br>cezie@btlaw.com<br><br>*Attorneys for Defendants,*<br>*University of Notre Dame du Lac, Santiago Schnell and Cindy Parseghian* |

2