UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KASTURI HALDAR,

    Plaintiff,

    v.

UNIVERSITY OF NOTRE DAME DU LAC, et al.,

    Defendants.

Case No. 3:24-CV-836-CCB-SJF

## ORDER

On November 22, 2024, the parties timely filed their Agreed Briefing Schedule for Plaintiff's Motion for Reconsideration, which the Court now **ADOPTS**.  [DE 43].  Defendants' brief in opposition to Plaintiff's Motion for Reconsideration [DE 36] is due **December 2, 2024**.  Plaintiff's reply brief must be filed no later than **December 6, 2024**.

SO ORDERED.

November 22, 2024

                                                  /s/*Cristal C. Brisco*
                                                CRISTAL C. BRISCO, JUDGE
                                                UNITED STATES DISTRICT COURT