UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| KASTURI HALDAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:24-cv-836-CCB-SJF |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, and CINDY PARSEGHIAN | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF
DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR
RECONSIDERATION**

Defendants University of Notre Dame du Lac ("the University"), Santiago Schnell ("Dean Schnell"), and Cindy Parseghian respectfully submit the following Exhibit A as evidence in support of their Response to Plaintiff's Emergency Motion for Reconsideration.

| Exhibit | Description |
|---|---|
| **Exhibit A** | **Declaration of Dean Santiago Schnell dated December 2, 2024** |

Dated: December 2, 2024

Respectfully submitted,

*/s/ Michael P. Palmer*
Michael P. Palmer (#25199-71)
michael.palmer@btlaw.com
(574) 237-1135
V. Chisara Ezie-Boncouer (#37251-71)
cezie@btlaw.com
(574) 237-1273
Barnes & Thornburg LLP
201 S. Main St., Suite 400
South Bend, IN 46601-2130

Anneliese Wermuth
awermuth@cozen.com
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-7876

Attorneys for Defendants
University of Notre Dame du Lac, Santiago Schnell and Cindy Parseghian

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically filed this 2nd day of December 2024, with a copy served on all counsel of record via CM-ECF.

*/s/ Michael P. Palmer*
Barnes & Thornburg LLP