# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-00836-CCB-SJF |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO EMERGENCY MOTION FOR RECONSIDERATION**

　　　Plaintiff Kasturi Haldar respectfully submits the following exhibit in support of her Reply to Defendants' Opposition to Emergency Motion for Reconsideration.

| Exhibit | Description |
|---|---|
| Exhibit A | Affidavit of Alejandro Lopez-Ramirez |

Dated: December 6, 2024

        Respectfully submitted,

        KASTURI HALDAR

By:   */s/    Naomi R. Shatz*

        Sandra L. Blevins, Atty. No. 19646-49
        Courtney E. Endwright, Atty. No. 30557-49
        Betz + Blevins
        One Indiana Square, Suite 1660
        Indianapolis, Indiana 46204
        Office: (317) 687-2222
        Fax: (317) 687-2221
        E-mail:sblevins@betzadvocates.com
        cendwright@betzadvocates.com
        litigation@betzadvocates.com

        Naomi R. Shatz*
        Niamh Gibbons*
        Zalkind Duncan & Bernstein LLP
        65a Atlantic Avenue
        Boston, MA 02110
        (617) 742-6020
        nshatz@zalkindlaw.com
        ngibbons@zalkindlaw.com

        *Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that on December 6, 2024 I electronically filed the foregoing document, which was served on all counsel of record through the Court's CM/ECF system.

                                            */s/    Naomi R. Shatz*
                                            Naomi R. Shatz