UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR,<br>　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN,<br>　　　　　　Defendants. | Case No. 3:24-cv-00836-CCB-SJF |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

Plaintiff Kasturi Haldar respectfully submits the following exhibits in support of her Response to Defendants' Partial Motion to Dismiss.

| Exhibit | Description |
|---|---|
| Exhibit A | September 2019 Emails with Burish |
| Exhibit B | November 30, 2023, Email to McGreevy |
| Exhibit C | December 4, 2023, Email to McGreevy and Schnell |
| Exhibit D | February 24, 2024, Email to Donors |
| Exhibit E | University of Notre Dame Bylaws |

Dated: December 19, 2024

                    Respectfully submitted,

                    KASTURI HALDAR

By: */s/    Naomi R. Shatz*

                    Sandra L. Blevins, Atty. No. 19646-49
                    Courtney E. Endwright, Atty. No. 30557-49
                    Betz + Blevins
                    One Indiana Square, Suite 1660
                    Indianapolis, Indiana 46204
                    Office: (317) 687-2222
                    Fax: (317) 687-2221
                    E-mail:sblevins@betzadvocates.com
                    cendwright@betzadvocates.com
                    litigation@betzadvocates.com

                    Naomi R. Shatz*
                    Niamh Gibbons*
                    Zalkind Duncan & Bernstein LLP
                    65a Atlantic Avenue
                    Boston, MA 02110
                    (617) 742-6020
                    nshatz@zalkindlaw.com
                    ngibbons@zalkindlaw.com

                    *Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that on December 19, 2024 I electronically filed the foregoing document, which was served on all counsel of record through the Court's CM/ECF system.

                                              */s/    Naomi R. Shatz*
                                              Naomi R. Shatz