# EXHIBIT A

 **Kasturi Haldar**

# Thank you

8 messages

---

**Kasturi Haldar**  Sun, Sep 1, 2019 at 8:09 PM
To: Thomas Burish
Cc: Kasturi Haldar

Dear Tom,

Thank you for seeing me on Friday afternoon. I do apologize asking for a meeting at short notice (again).

But in sum, I went to see Maura Ryan on July 12, because I was very concerned about my July 11th meeting with Mary Galvin, on two counts.

The first was that Mary thought it was acceptable that I should be excluded from the APMRF meeting. Had I thought that the intent of Sean Kassen's email was to exclude my presence, I would have been very concerned and immediately followed up with him.

Second, with respect to the reasons that Cindy Parseghian gave on-site for excluding me (i.e. stealing Paul Helquist's results and more), Mary's response was that I wouldn't have learned them, had I not gone. I don't understand her response to what is a very serious charge involving two senior faculty in her College.

So I felt I had to reach out beyond the College to your office. I communicated my concerns to Maura. I greatly appreciated her willingness to listen. She said she would get back to me but when she didn't, I was at a loss for process.

I'm grateful that both Mary and Maura have corresponded with me this week end.

Thank you, again.

Kasturi


Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
James Parsons and Carrie Quinn Director,
Boler-Parseghian Center for Rare and Neglected Diseases
Editor-in-Chief, *PLoS Pathogens*
University of Notre Dame
Notre Dame, IN  46556

https://crnd.nd.edu/

--
Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
James Parsons and Carrie Quinn Director,
Boler-Parseghian Center for Rare and Neglected Diseases

Editor-in-Chief, *PLoS Pathogens*
University of Notre Dame
Notre Dame, IN 46556

https://crnd.nd.edu/

---

**Thomas Burish**  Sun, Sep 1, 2019 at 9:32 PM
To: Kasturi Haldar

Dear Kasturi,

   I am very sorry that no one responded after you saw Maura, neither she nor Mary. Maura apologized for this when we met, and I know she is sorry that it happened. I am not surprised that she and Mary responded this weekend. I hope your future conversations with them go well.

Best regards,

Tom

[Quoted text hidden]
--
Thomas G. Burish
Charles and Jill Fischer Provost
300 Main Building
University of Notre Dame
Notre Dame, Indiana 46556

---

**Kasturi Haldar**  Sun, Sep 8, 2019 at 7:55 PM
To: Thomas Burish
Cc: Kasturi Haldar

Dear Tom,

I met with Mary Galvin on the afternoon of Sept 4th. The meeting lasted over an hour. I'll summarize the main points

> 1. Mary felt it was acceptable for Sean Kassen/APMRF to exclude me from their meeting. Since it was private they could exclude whoever they wanted to. She was also satisfied with their explanation that neither my attendance nor paper presentation could be accepted only three weeks from the meeting date. When she read the rejecting email, she suspected some things/issues were amiss but was too busy at the time to address the matter by calling me or arranging a meeting with Sean Kassen and me, and hoped the issues would resolve later.

> 2. On the matter of the allegation that I stole Paul Helquist's data, she claimed superlative regard for me, and thus no need for further action. She expressed similar sentiments on whether I truly represent Notre Dame.

> 3. As to her ideas/plans/guidance on how to move forward, Mary indicated she had none.

> 4. As to why she took six weeks after Maura Ryan's call to meet with me (and why it took a second call from Maura), she said she was on vacation for two weeks and very busy otherwise the remainder of the time.

The meeting was disheartening. It reinforced my earlier perceptions of lack of sensible, engaged leadership in the College.

Kasturi

On Sun, Sep 1, 2019 at 9:32 PM Thomas Burish ████████████ wrote:
> Dear Kasturi,
>
> I am very sorry that no one responded after you saw Maura, neither she nor Mary. Maura apologized for this when we met, and I know she is sorry that it happened. I am not surprised that she and Mary responded this weekend. I hope your future conversations with them go well.
>
> Best regards,
>
> Tom
>
> On Sun, Sep 1, 2019 at 8:10 PM Kasturi Haldar ████████████ wrote:
>> Dear Tom,
>>
>> Thank you for seeing me on Friday afternoon. I do apologize asking for a meeting at short notice (again).
>>
>> But in sum, I went to see Maura Ryan on July 12, because I was very concerned about my July 11th meeting with Mary Galvin, on two counts.
>>
>> The first was that Mary thought it was acceptable that I should be excluded from the APMRF meeting. Had I thought that the intent of Sean Kassen's email was to exclude my presence, I would have been very concerned and immediately followed up with him.
>>
>> Second, with respect to the reasons that Cindy Parseghian gave on-site for excluding me (i.e. stealing Paul Helquist's results and more), Mary's response was that I wouldn't have learned them, had I not gone. I don't understand her response to what is a very serious charge involving two senior faculty in her College.
>>
>> So I felt I had to reach out beyond the College to your office.  I communicated my concerns to Maura.  I greatly appreciated her willingness to listen.  She said she would get back to me but when she didn't, I was at a loss for process.
>>
>> I'm grateful that both Mary and Maura have corresponded with me this week end.
>>
>> Thank you, again.
>>
>> Kasturi
>>
>>
>>
>> Kasturi Haldar,  Ph.D.
>> Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
>> James Parsons and Carrie Quinn Director,
>> Boler-Parseghian Center for Rare and Neglected Diseases
>> Editor-in-Chief, *PLoS Pathogens*
>> University of Notre Dame
>> Notre Dame, IN  46556
>>
>> https://crnd.nd.edu/

--
Thomas G. Burish
Charles and Jill Fischer Provost
300 Main Building
University of Notre Dame
Notre Dame, Indiana 46556

--

**Thomas Burish**                                                      Mon, Sep 9, 2019 at 12:27 PM
To: Kasturi Haldar

Kasturi,

  I am glad you and Mary met. Thank you for telling me what you discussed and your view of how satisfactory the meeting was. Thank you also for speaking with Maura about your concerns; she is the best person in our office with whom to do so.

Tom

[Quoted text hidden]

**Kasturi Haldar**                                                  Tue, Sep 10, 2019 at 4:58 PM
To: Thomas Burish
Cc: Kasturi Haldar

Dear Tom,

Thanks, as always, for your guidance on process. I will follow up with Maura.

Best

Kasturi

[Quoted text hidden]

--