# EXHIBIT B



Kasturi Haldar

## New concerns and a request
2 messages

**Kasturi Haldar**                                                                         Thu, Nov 30, 2023 at 9:34 PM
To: John McGreevy                    , John McGreevy
Cc: Kasturi Haldar

Dear Provost McGreevy,

I'm writing to raise concerns about new interference with my academic freedom and research. As you know, on May 10, 2022 Dean Schnell imposed draconian restrictions on my lab, which have significantly impeded my ability to do my work. Nonetheless, I have done my best to work within these restrictions to continue to provide the careful and rigorous research our patient families depend on. Despite the shackles Dean Schnell placed on my work, in Oct 2023, my team and I filed a patent for gene therapy for the rare disease, Nonketotic Hyperglycemia (NKH). It is the only potential curative therapy for NKH and also the first gene therapy patent for Notre Dame.

On Nov 16, Dean Schnell with no discussion, no process, and no reason given, directed his 'Chief of Staff' Allison Slabaugh, to personally visit BIOS and block all charges to two rare disease accounts (NKH and Kabuki Syndrome, KS). These were accounts that I was supposed to be permitted to use pursuant to the May 10, 2022 letter. I learned that Dean Schnell told BIOS I had been notified of this new limitation imposed on me. But I had not been notified.

I have asked Ms. Slabaugh for an explanation as to why my access to these two accounts has suddenly been blocked with no notice, and she has told me she cannot give me an explanation. She told me today that Dean Schnell is drafting a response to me. I'm deeply concerned about this new intrusion into my work. I am not aware of ND policy that would allow Dean Schnell to unilaterally and without notice restrict my access to funding that I have raised that is necessary for my work. I had to raise these funds without support of Ms Slabaugh because over the last eight years she was unresponsive to requests for help with fundraising for NKH. Without access to these funds, I will have to close these two programs; and notify the 153 families who have indicated willingness to participate in trials, that we are canceling the studies. We will also have to terminate colonies of over 800 mice as well as two new humanized mice strains (carrying patient family mutations, created and paid for by specific families actively following their progress). I can't imagine why ND would want to halt this very promising research and pull the rug out from under our patients who are working with us and relying on this research to help them.

Given the magnitude of Dean Schnell's interference, and the lack of any justification or permissible reason for him to take these steps, I feel it is important you are made aware of this situation. I'm happy to discuss with you at any time.

Sincerely

Kasturi

--
Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
Boler-Parseghian Center for Rare and Neglected Diseases
University of Notre Dame
Notre Dame, IN  46556

https://crnd.nd.edu/