# EXHIBIT C



**Kasturi Haldar**

## Please respond by December 7th (12/7) 2023
2 messages

**Kasturi Haldar**                                                             Mon, Dec 4, 2023 at 12:52 PM
To: John McGreevy, Santiago Schnell
Cc: John McGreevy, Tom Scrace, Mark Helmke, Kasturi Haldar

12/4/2023

Dear Provost McGreevy and Dean Schnell,

I have reached out to both of you about the fact that I learned last week that in mid-November Dean Schnell blocked my access to rare disease accounts that supported my work in Non-Ketotic Hyperglycinemia (NKH) and Kabuki Syndrome (KS). We are now at a point where we have $30,000 in invoices for these studies that have not been paid. Looking to the week ahead, the following steps need to be taken in these studies. We must inject mouse strains that have been prepared for expansion. We also must transfer mouse strains with new familial mutations, stabilize and expand them. These are extremely time-sensitive steps. Otherwise, we will lose large numbers as well as extremely precious, fragile, and expensive genetically engineered strains.

If I am not going to have access to the funds, I cannot take these steps, and therefore by **Dec 8th**, I will have to notify our patient collaborators that ND has cancelled the studies. As I have said to both of you, I do not know of any legitimate reason that I would suddenly not have access to these funds and these studies would need to be cancelled, and I am extremely concerned about the interference with my research. Please let me know whether I will be able to access the funds by **Dec 7th** so that I can keep these studies running.

I am copying Tom Scrace in Foundation Relations who has supported and advised numerous NKH family foundations and their engagement with Notre Dame. Michelle Joyce and Tom agreed that Tom would serve as the principal person to support NKH families. Allison Slabaugh (nee Maddox) was updated regularly on NKH progress and need for funds since she joined the College of Science, Dean's Office. In 2022 she offered to find a matching donor for ND-Day, but that did not materialize. With respect to ▇▇▇▇ support for KS, Allison was engaged from the start upto late 2021, Michelle was also involved with initial funds from ▇▇▇▇▇▇▇▇▇▇. But after that and to the present Mark Helmke (who is also copied) has provided principal engagement with the ▇▇▇ Family. I have deeply appreciated their efforts, and I would like to take this opportunity to thank them for their collective, kind support of the patient families.

If you have questions or need additional information, please let me know.

Sincerely

Kasturi

--
Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
Boler-Parseghian Center for Rare and Neglected Diseases
University of Notre Dame
Notre Dame, IN 46556

https://crnd.nd.edu/