# EXHIBIT D



Kasturi Haldar

## Summary of research update meeting on 02_23_2024 12.30-1.30 pm
2 messages

**Kasturi Haldar**  Sat, Feb 24, 2024 at 4:42 PM
To: ███████, ███████, ███████
Cc: Kara Primmer ███████, Allison Slabaugh ███████, Kasturi Haldar ███████

Dear ███ and ██,

In response to your request for a research update, I want to be transparent with you about some difficulties we are facing using the funding you have raised for NKH projects. I have summarized our zoom discussion from today Feb 23, 2023, 12.30-1.30, below. I asked Allison and Kara to attend as well. I'm sorry they did not. Below is a summary of our three-way discussion on Feb 23rd.

As you know, I submitted the ND GLDC NKH Gene Therapy Plan and budget to ND for approval on Jan 7th, 2024 (it was the same budget I submitted to you on September 25, 2023). Unfortunately, Dean Schnell refused to respond to the substance of the proposal, and instead directed me to submit the request as a College of Science Pilot Project, designed to support new projects that reveal principles of science with a funding cap of 100,00. I made several attempts to explain why the COS Pilot Project would be inappropriate for the GLDC NKH Gene Therapy (for both the type of scientific content and the budget). I also asked for guidelines that explain what information he needs, and on what basis he will be making decisions about using the NKH funds. He refused to provide any further information or clarity about the bases on which he will be making decisions about our NKH funding.

I am doing my best to avoid a repeat of the current situation where there has been a months-long halt in our research and the potential destruction of expensive and valuable resources, by attempting to provide Dean Schnell with the information he needs to allow the funds you have raised to be used for our projects. I have been working with Kara Primmer, Director of Foundation Relations, to create the proposals in the format now requested by Dean Schnell. I gave Kara all the materials and she submitted a 20- page document on February 19, 2024. In response to that submission, I learned that it will take approximately three weeks for Dean Schnell's office to review and provide feedback on those proposals.

I don't understand why Kara told you that the full budget would not be funded. I'm sure Dean Schnell agrees that a curative therapy for your children, takes precedence over his new policy of 'seed' / 'pilot' grant (that may or may not lead to future 'indirect cost' income for the CoS). I have provided detailed justification for every budget component of the gene therapy proposal. You and other NKH families will raise funds dedicated for gene therapy (and not for use in other work). Since the monies are not a 'gift' from Dean Schnell, why should he and/or the associated review process prevent you from fully funding the gene therapy studies, if that is your plan and desire? Or for that matter, why should it be considered a pilot? It is a mature project (however, I was told that the pilot was the only format that would be accepted by Dean Schnell).

Since May 2022, use of funds raised by the NKH Leadership Board and other NKH family foundations has been at the discretion of CRND Co-Director Dean Schnell. For eighteen months his office did not block our use of these funds. However, on Nov 16, 2023 Dean Schnell with no discussion, no process, and no reason

given SID-AWD-charge-3:24-rare-disease-accounts that supported work in Non-Ketotic Hyperglycinemia (NKH). No one notified me that this would be happening, or discussed in any way the impact this would have on our work. Since that date we have not been able to access the NKH funding. I was shocked that Dean Schnell also failed to alert you, the donors: this is a very serious lapse.

Although there were sufficient funds deposited in the NKH leadership account specifically for AMT studies, and despite multiple requests for permission to use those funds, Dean Schnell has refused us to pay outstanding invoices for the development of mice humanized with AMT mutations and to authorize funds for further stabilization and expansion of these AMT mice which means we will soon lose these new (and hard won) mouse strains, which will be a monumental disappointment and setback for all of us.

I'm deeply concerned about the situation. Given the magnitude of Dean Schnell's disruptions, I feel it is important you are made aware of this situation while I continue to work to rectify it. I apologize from the bottom of my heart that we have been prevented from working for the last 3 months. It has been the honor and privilege of my life to work with you and other patient families. I thank you for your trust and amazing courage which have propelled our work every day for the last decade. I am very proud of the progress we have made with you in growing patient networks and jointly developing gene therapy to beat NKH.

I am doing everything I can to resume work, save the mice, and will keep you updated on where things stand. If you have any questions, please don't hesitate to contact me.

Yours in Notre Dame,

Kasturi

--
Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
Boler-Parseghian Center for Rare and Neglected Diseases
University of Notre Dame
Notre Dame, IN 46556

https://crnd.nd.edu/