UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| KASTURI HALDAR, Plaintiff, v. UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN, Defendants. | Case No. 3:24-cv-00836-CCB-SJF |
|---|---|

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff Kasturi Haldar respectfully submits the following exhibits in support of her Response to Defendants' Motion for Leave to File Surreply.

| Exhibit | Description |
|---|---|
| Exhibit A | Affidavit of Kasturi Haldar |

Dated: March 17, 2025

        Respectfully submitted,

        KASTURI HALDAR

By:  */s/    Naomi R. Shatz*

        Sandra L. Blevins, Atty. No. 19646-49
        Courtney E. Endwright, Atty. No. 30557-49
        Betz + Blevins
        One Indiana Square, Suite 1660
        Indianapolis, Indiana 46204
        Office: (317) 687-2222
        Fax: (317) 687-2221
        E-mail: sblevins@betzadvocates.com
        cendwright@betzadvocates.com
        litigation@betzadvocates.com

        Naomi R. Shatz*
        Niamh Gibbons*
        Zalkind Duncan & Bernstein LLP
        65a Atlantic Avenue
        Boston, MA 02110
        (617) 742-6020
        nshatz@zalkindlaw.com
        ngibbons@zalkindlaw.com

        *Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that on March 17, 2025 I electronically filed the foregoing document, which was served on all counsel of record through the Court's CM/ECF system.

        */s/    Naomi R. Shatz*
        Naomi R. Shatz