**To:** Kasturi Haldar ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject: Fwd: Request from Faculty Grievance Panel**

Dear Kasturi,

▮▮▮▮▮▮▮▮▮▮▮▮▮, chair of the panel reviewing your grievance, has communicated that it is not possible for them to complete their work before the agreed upon date of January 31, 2025. If you have further questions, you should direct them to Professor ▮▮▮▮▮▮▮▮▮▮.

Maura
Sent from my iPhone

Begin forwarded message:

> **From:** Maura Ryan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> **Date:** November 15, 2024 at 12:47:30 PM EST
> **To:** Kasturi Haldar ▮▮▮▮▮▮▮▮▮▮▮▮▮
> **Subject: Re: Request from Faculty Grievance Panel**
>
> Hi Kasturi,
>
> I will check with the panel chair. I have already informed them that you accepted the extension. However, it is your decision.

Maura

On Fri, Nov 15, 2024 at 12:36 PM Kasturi Haldar <​​​​​​​​​​> wrote:

> Maura,
>
> What alternatives are there to extending the faculty grievance deadline to January 31, 2025. You made it seem like there was no option except to extend, but is it possible to have a different committee member put on the committee and complete it in the time allotted by the Academic Articles? I'm concerned that delay on this will materially impact the steps the Committee or President can take to remedy the situation if they find in my favor at the committee level or on appeal, given the imminent closure of my lab.
>
> Kasturi
>
> On Tue, Nov 12, 2024 at 2:59 PM Maura Ryan <​​​​​​​​​​> wrote:
>> Thank you, Kasturi.
>>
>> Maura
>>
>> On Tue, Nov 12, 2024 at 2:53 PM Kasturi Haldar <​​​​​​​​​​> wrote:
>>> Dear Maura,
>>>
>>> Yes, I agree to the Jan 31st 2025 submission date for Grievance Committee Report.
>>>
>>> Kasturi
>>>
>>> Sent from my iPhone
>>>
>>>> On Nov 12, 2024, at 6:02 AM, Maura Ryan <​​​​​​​​​​> wrote:
>>>>
>>>> Dear Kasturi,
>>>>
>>>> I believe that the principal reason is that one of the panel members has some medical issues and is unable to meet for a couple of weeks.
>>>>
>>>> Maura

Sent from my iPhone

> On Nov 11, 2024, at 11:36 PM, Kasturi Haldar ███████ wrote:
>
> 
>
> Dear Maura,
>
> Can you explain the circumstances? I would like this to be resolved as quickly as possible.
>
> Kasturi

On Mon, Nov 11, 2024 at 2:05 PM Maura Ryan ███████ wrote:

> Dear Kasturi,
>
> I am just following up on this email from last week. Are you agreeable to a submission date of January 31, 2025 for the grievance panel's report?
>
> Thanks,
>
> Maura
>
> ---------- Forwarded message ---------
> From: **Maura Ryan** ███████
> Date: Thu, Nov 7, 2024 at 2:29 PM
> Subject: Request from Faculty Grievance Panel
> To: Kasturi Haldar ███████
>
> 
>
> Dear Kasturi,
>
> Due to circumstances beyond their control, the faculty panel reviewing your grievance petition anticipates needing more than the required 60 days for submission of their report. Are you agreeable to a submission date of January 31, 2024?
>
> Thanks for considering this request,

Maura

--
Maura A. Ryan
Vice President and Associate Provost for Faculty Affairs

o ███████████

--
Maura A. Ryan
Vice President and Associate Provost for Faculty Affairs

o ███████████

--

--
Maura A. Ryan
Vice President and Associate Provost for Faculty Affairs

o ███████████

--

--
Maura A. Ryan
Vice President and Associate Provost for Faculty Affairs

o ███████████