# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN,<br><br>    Defendants. | Case No. 3:24-cv-00836-CCB-SJF |

## APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HER MOTION FOR RECONSIDERATION

Plaintiff Kasturi Haldar respectfully submits the following exhibits in support of her Motion for Leave to File a Supplemental Memorandum in Support of Her Motion for Reconsideration.

| Exhibit | Description |
|---|---|
| Exhibit 1 | Redacted Proposed Supplemental Memorandum in Support of Motion for Reconsideration. |
| Exhibit 2 | Redacted Affidavit of Kasturi Haldar. |
| Exhibit 3 | Redacted Affidavit of Former Ph.D. student. |

Dated: March 28, 2025

Respectfully submitted,

KASTURI HALDAR

By: /s/   *Naomi R. Shatz*

Sandra L. Blevins, Atty. No. 19646-49
Courtney E. Endwright, Atty. No. 30557-49
Betz + Blevins
One Indiana Square, Suite 1660
Indianapolis, Indiana 46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail: sblevins@betzadvocates.com
cendwright@betzadvocates.com
litigation@betzadvocates.com

Naomi R. Shatz*
Niamh Gibbons*
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
nshatz@zalkindlaw.com
ngibbons@zalkindlaw.com

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that on March 28, 2025 I electronically filed the foregoing document, which was served on all counsel of record through the Court's CM/ECF system.

/s/   *Naomi R. Shatz*
Naomi R. Shatz

2