# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR,<br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN,<br>　　　　　Defendants. | Case No. 3:24-cv-00836-CCB-SJF |

## APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SURREPLY TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff Kasturi Haldar respectfully submits the following exhibits in support of her Response to Defendants' Surreply to Plaintiff's Motion for Reconsideration.

| **Exhibit** | **Description** |
|---|---|
| Exhibit 1 | Affidavit of Kasturi Haldar |
| Exhibit 2 | November 7, 2024 email regarding concern about panel member |
| Exhibit 3 | November 15, 2024 submission to grievance panel |
| Exhibit 4 | November 20, 2024 submission to grievance panel |
| Exhibit 5 | June 2024 emails with former lab member about abstract |
| Exhibit 6 | February 23, 2024 text with donor about funding mice |
| Exhibit 7 | June 8, 2021 emails with former lab member |
| Exhibit 8 | February 2018 emails with former colleague |
| Exhibit 9 | February-March 2022 emails with OIE investigator |

Dated: April 8, 2025

                Respectfully submitted,

                KASTURI HALDAR

By:   */s/     Naomi R. Shatz*

                Sandra L. Blevins, Atty. No. 19646-49
                Courtney E. Endwright, Atty. No. 30557-49
                Betz + Blevins
                One Indiana Square, Suite 1660
                Indianapolis, Indiana 46204
                Office: (317) 687-2222
                Fax: (317) 687-2221
                E-mail: sblevins@betzadvocates.com
                cendwright@betzadvocates.com
                litigation@betzadvocates.com

                Naomi R. Shatz*
                Niamh Gibbons*
                Zalkind Duncan & Bernstein LLP
                65a Atlantic Avenue
                Boston, MA 02110
                (617) 742-6020
                nshatz@zalkindlaw.com
                ngibbons@zalkindlaw.com

                *Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2025 I electronically filed the foregoing document, which was served on all counsel of record through the Court's CM/ECF system.

                */s/     Naomi R. Shatz*
                Naomi R. Shatz