# EXHIBIT 2

**From:** █████████████████████████
**Date:** November 7, 2024 at 5:25:18 PM EST
**To:** Kasturi Haldar ████████████████
**Subject: Re: Faculty Grievance Committe**
**Reply-To:** ███████████████████

Dear Professor Haldar,

The faculty grievance committee has only 10 members. The 3 members of the panel evaluating your complaint are all committed to a just resolution.

Best,

███████████

On Thu, Nov 7, 2024 at 1:39 PM Kasturi Haldar ████████████████ wrote:

Dear Professor ███,

I saw on an e-mail I received this week that ███████████ is on the faculty grievance committee. I am concerned about members of the College of Science being on the committee, given that my complaint is against our dean. I do think it is important to have someone with experience running a science-based experimental lab on the committee, but I would imagine there are qualified people in the College of Engineering who would have the relevant experience but not have the conflict of interest that might arise with someone from the College of Science.

Sincerely

Kasturi

--
Kasturi Haldar, Ph.D.
Professor of Biological Sciences
Boler-Parseghian Center for Rare and Neglected Diseases
University of Notre Dame
Notre Dame, IN 46556