# EXHIBIT 5

From: **Kasturi Haldar**
Date: Mon, Jun 17, 2024 at 9:31 AM
Subject: Re: MPM abstract and authorship
To:
Cc: Kasturi Haldar

Dear

The studies on ATG18 were initiated as a part of a subcontract on my grant R01 HL 133033 (on mechanisms of artemisinin resistance in malaria) in 2018 (with discussions starting in 2017), that supported your salary at the University of Laval. The same grant continued to support you and work on ATG18 when you were in my lab from 2020-2022. I'm surprised to hear you continued to work on ATG18 without discussion with me about continuing that work, and without keeping me updated on the work. Could you please send me the data and the abstract so that I can review them and figure out where we go from here? The MPM deadline got moved to June 24th.

Thank you

Kasturi

Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
Boler-Parseghian Center for Rare and Neglected Diseases
University of Notre Dame
Notre Dame, IN 46556

https://crnd.nd.edu/

On Sun, Jun 16, 2024 at 3:56 PM                                                                   wrote:
> Dear Kasturi,
>
> This email is with regards to ATG18 knocksideways and an abstract submission to MPM. After I moved out from your lab in 2022, I continued working on ATG18 and developed more knock sideways genetic constructs, transgenics and phenotyped them. My current results show an involvement of ATG18 in artemisinin resistance. I am submitting an abstract to MPM (deadline tomorrow). Given your involvement in the research, I'd like to include you as an author on the abstract. Would that be acceptable to you?



--




--
Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
Boler-Parseghian Center for Rare and Neglected Diseases
University of Notre Dame
Notre Dame, IN  46556

https://crnd.nd.edu/



--
Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
Boler-Parseghian Center for Rare and Neglected Diseases
University of Notre Dame
Notre Dame, IN  46556

https://crnd.nd.edu/