# EXHIBIT 6



**Can you text me a copy of the PO or who has the mice? Why can't we pay them directly at least get the mice covered for that bill for that PO**

Feb 23, 2024 at 4:52 PM

**It's multiple PO's and invoices. I can ask next week.**

**Any idea on approx total .**