# EXHIBIT 7



Kasturi Haldar

# My condolences
2 messages

---

**Kasturi Haldar**                                                                              Tue, Jun 8, 2021 at 10:21 AM
To:
Cc: Kasturi Haldar

Dear

I'm very sorry to hear about your sister.  My deepest condolences to you and your family..  I hope they could be with her in the end.  I know it must be very hard being so far away.

I've been disconnected because of the move which has been quite problematic.  But back on line today working through mail and messages.

I can talk later tonight.  Let me know.

Take care,

Kasturi

--
Kasturi Haldar,  Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
James Parsons and Carrie Quinn Director,
Boler-Parseghian Center for Rare and Neglected Diseases
Editor-in-Chief, *PLoS Pathogens*
University of Notre Dame
Notre Dame, IN  46556

https://crnd.nd.edu/