# EXHIBIT 8



Kasturi Haldar

# Feb 23,26

6 messages

Wed, Feb 14, 2018 at 9:42 AM

To: Kasturi Haldar

I would like to take next Friday and Monday (February 23 and February 26) off to attend a close family friends funeral in Phoenix. I would work on Thursday and fly out Thursday night returning on Monday. I would miss class on the 23rd but feel that is the introduction to NPC and Yanjanin- a class you normally teach. Please let me know

--

**Kasturi Haldar** Thu, Feb 15, 2018 at 12:16 PM

To:

Cc: Kasturi Haldar

Hi ,

I'm sorry to hear about your friend's family.

The Dean's office asked me to keep availability from 2-3 pm on Friday 23rd afternoon to meet with a major donor. That and earlier asked to take days off next week (including Friday 23). Those are the confounders.

But if you need to attend the funeral why don't you take personal days and make arrangements. I'm sure we can figure something out.

Take care

Kasturi

[Quoted text hidden]

--

Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
James Parsons and Carrie Quinn Director,
Boler-Parseghian Center for Rare and Neglected Diseases
Editor-in-Chief, *PLoS Pathogens*
University of Notre Dame
Notre Dame, IN 46556

http://www3.nd.edu/~crnd/about_page.htm
http://rarehealthexchange.org/

Thu, Feb 15, 2018 at 4:40 PM

To: Kasturi Haldar

I would like to send out a note to all that were invited/involved with rare disease day similar to the one I sent last year. I have created a draft and wondered if you could review. I dont have the video link that played at the game but we have some great photos that I can attach
Let me know what you think.

Also, I contacted ██████ about a donor interested in funding an undergraduate/graduate stipend for students to participate in natural history studies of rare diseases as well as have interactions with clinicians and patient families as part of this fund. I gave her some ideas of ways we work with students and she will contact us if she has any questions from the donor. She did say that there will not be a meeting on February 23 with the other donor. Having said that, I have decided to take the personal days and go to Phoenix. This is my sister's mother in law who has been so close to all of us for the past 40 years. My sister will need the support and feel that it wont be too disruptive to be gone two days. I appreciate your understanding.

I am working on the syllabus and getting the medical record requests for ██████ sent out

[Quoted text hidden]

**5 attachments**



📄 **Email post RDD.docx**
27K

**Kasturi Haldar** ██████████████                                              Thu, Feb 15, 2018 at 4:59 PM
To: ████████████████████
Cc: Kasturi Haldar ██████████████

I'm here but at a job talk. In tomorrow. Do not send before we discuss. Sorry about your sister's situation. Kasturi

[Quoted text hidden]

---

**Kasturi Haldar** [REDACTED] Thu, Feb 15, 2018 at 7:11 PM
To: [REDACTED]
Cc: Kasturi Haldar [REDACTED]

[REDACTED], Actually a meeting has been scheduled with the donor. But your plans are ok. In future though don't pass on info to [REDACTED]. It shouldn't be this complicated, but is a little so. See you tomorrow. Kasturi

[Quoted text hidden]