# EXHIBIT 9

 Apps　　　　　　　　　　　　　　　　　　　　　　　　Kasturi Haldar

# Request to Meet
19 messages

---

To: Kasturi Haldar　　　　　　　　　　　　　　　　　　　　Tue, Feb 22, 2022 at 4:38 PM

Dear Dr. Haldar,

I am writing to introduce myself and to set up a time to talk with you. As the ████████████, I work with ████ in the Provost's Office and with the Office of Institutional Equity. I was asked to investigate concerns received from employees and students who have worked in your lab. I wanted to talk to you about the concerns and get your perspectives and responses. I am available to talk in person or by Zoom or phone, whichever you prefer, tomorrow, 2/23 at 1:00 pm, or on Thursday, 2/24 between 9:00 am to 12:00 pm or 2:30 pm to 4:30 pm. I am also available by Zoom or phone on Friday, 2/25 between 9:00 am to 12:00 pm or 1:30 to 3:00 pm. Please let me know if one of those times would work for you and if not, what times next week would work better, as I am available next week on Monday and Tuesday as well. I anticipate our conversation will last about an hour.

Thank you, and I look forward to hearing from you.

Sincerely,



**Confidentiality Requirement:** This e-mail message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by e-mail.

---

**Kasturi Haldar**　　　　　　　　　　　　　　　　　　　　Wed, Feb 23, 2022 at 5:38 PM
To:
Cc: Kasturi Haldar

Dear ████,

I am available to meet with you briefly, for 20 min, from 2.30 to 2.50 pm tomorrow Thursday 2/24, to understand the basis of your surprising letter.

For mutual benefit, I will record our zoom call.

Please use this zoom link and passcode

https://notredame.zoom.us/j/95793404000?pwd=SGd1c3hjTW5URy9oK0xzUHg0b0txZz09　Passcode 299431

I will also send the link to your google calendar

Thank you

Sincerely

Kasturi Haldar

Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
James Parsons and Carrie Quinn Director,

Boler-Parseghian Center for Rare and Neglected Diseases
Editor-in-Chief, *PLoS Pathogens*
University of Notre Dame
Notre Dame, IN  46556

https://crnd.nd.edu/

[Quoted text hidden]

--

---

To: Kasturi Haldar                                                                                       Thu, Feb 24, 2022 at 8:59 AM

Dear Kasturi,

I accepted your invite and look forward to talking with you this afternoon.

Sincerely,

**Confidentiality Requirement:** This e-mail message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential information.  Any unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, please immediately contact the sender by e-mail.

[Quoted text hidden]

---

**Kasturi Haldar**                                                                                         Thu, Feb 24, 2022 at 3:41 PM
To:
Cc: Kasturi Haldar

Dear

Thank you for the zoom meeting. It was informative.

One more question.

What method was used to memorialize  the discussions/ conversations that you had with 11 individuals past and present?

Thank you, again.

Kasturi
[Quoted text hidden]

---

To: Kasturi Haldar                                                                                       Fri, Feb 25, 2022 at 4:50 PM

Dear Kasturi,

I took notes during my conversations.

Sincerely,

**Confidentiality Requirement:** *This e-mail message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by e-mail.*

[Quoted text hidden]

---

**Kasturi Haldar**                                                                                                                                                             Tue, Mar 1, 2022 at 8:11 AM
To:
Cc: Kasturi Haldar

Dear ▮

At a meeting on **Dec 1, 2021**, ▮ said that ▮'s complaints had triggered the investigational process. Yet in our zoom meeting of **Feb 24, 2022**, you indicated that your investigation did not include ▮. Could you explain why? Is the investigation with respect to ▮ being conducted separately? Is it resolved and if so what is the outcome? Either way, when will I receive notification of the status of the investigation due to ▮'s complaints?

On **Dec 4th 2021** I sent Santiago Schnell six pdf's as examples of email correspondence with ▮ over 2021, that proved that she had lied. ▮ was copied. On **Dec 30th 2021** I received a response from Santiago Schnell that was uninformative. I have now recovered all of my email correspondence with ▮ (which numbers in the thousands) during her stay at Notre Dame and further disproves her accusations. Please let me know where I should direct this information.

From your comments, I understand that the complaints you discussed with me on **February 24th** covered the last five years **(2016-2021)**. How many individuals made complaints unsolicited? And how many unsolicited complaints were made? I ask because an unsolicited complaint is a different type of complaint, from one that emerged after being contacted as part of an investigation.

Of the eleven individuals (past and present) that you contacted from **November 2021 to the present (could I get precise dates),** had any of them been contacted by the Dean's office? If so, how many and over what period? Did the Dean's office contact any additional people (past or present)? If so, how many and over what period? Were they the same people contacted by you? What was the overlap? Of the people contacted by you, the Dean's office or anyone else from the University, what fraction did not have any complaints? Please list out the numbers separately in each subset. Could I also know how many individuals made how many complaints (unsolicited and solicited) organized by subset?

I'm requesting this information to obtain transparency in the process and information that I should have but has not yet been made available to me. If you have written guidelines that clearly delineate how such an investigation should be undertaken, I would like a copy of that as well..

I look forward to hearing from you and further cooperating with the investigation.

[Quoted text hidden]
[Quoted text hidden]
--
[Quoted text hidden]

---

▮                                                                   Wed, Mar 2, 2022 at 10:49 AM
To: Kasturi Haldar

Dear Kasturi,

I was asked to follow up and investigate the concern that the Dean took action based upon the complaints from one person, ▮. I contacted other individuals to obtain information about the issues. The Dean's office was not involved in the conduct of the investigation. How we conduct an investigation depends upon the nature of the complaint, and we do not have written guidelines. However, in all investigations, we conduct a thorough investigation in a fair and balanced manner in an attempt to seek the truth.

If you have documentation to provide or want to meet again to provide information, please let me know.

Sincerely, ▮

**Confidentiality Requirement:** *This e-mail message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by e-mail.*

[Quoted text hidden]

---

**Kasturi Haldar**  Fri, Mar 4, 2022 at 7:44 AM
To:
Cc: Kasturi Haldar

Hi ▇,

I have listed the concerns in the order that you discussed them last Thursday Feb 24th. For some, I've attached content in addition to a summary sheet. If you think that I've omitted anything, please let me know. I will respond separately on ▇ and the Dean's office.

Thank you

Kasturi

1. Yelling at lab meetings.
I do not yell, but please see attachment 1 on why you may have heard that concern.

2. Request for time/off or vacation not allowed. Or if approved, were assigned tasks that couldn't be completed in the interim period.
Please see attachment 2 which I think addresses most of the issues related to this point.

3. Questioned time off. and 4. If time was taken off, employees had to work before and after.
See attachment 3-4.

5. Performance review not started or completed. Never got feedback.
See attachment 5.

6, Did not receive assistance with projects: professional development not supported.
See attachment 6.

7. Recommendation letters
See attachment 7 and letters.

8. Assistance with grants and grant writing.
See attachment 8.

9. Did not respond to emails on weekends.
See attachment 9.

10. Lacked employee training.
See attachment 10

11. Working beyond normal hours. No track of additional hours.
See attachment 11.


Kasturi Haldar, Ph.D.
Rev. Julius A. Nieuwland C.S.C. Professor of Biological Sciences
James Parsons and Carrie Quinn Director,

Boler-Parseghian Center for Rare and Neglected Diseases
Editor-in-Chief, *PLoS Pathogens*
University of Notre Dame
Notre Dame, IN  46556

https://crnd.nd.edu/

[Quoted text hidden]

--

---

**21 attachments**

- **1. Yelling at lab meeting.pdf**
  398K

- **2. Request for time off_vacation.pdf**
  332K

- **3-4 Questioned time off and extra work.pdf**
  916K

- **5 Performance Review Endevor.pdf**
  273K

- **6 Assistance w Project_Professional Development.pdf**
  272K

- **7. Recommendation Request list and letters.pdf**
  213K

- **8 Assistance with grants and grant writing.pdf**
  276K

- **9 Did not respond to emails on the week end.pdf**
  178K

- **10 Lacking emloyee training.pdf**
  180K

- **11 Working beyond normal hours.pdf**
  277K

- **Plymouth State University_▮▮▮▮▮▮▮▮_Fac_Recommendation_Haldar_.pdf**
  183K

- **▮▮▮▮▮▮_Saginaw Valley State University_Haldar Recommendation_2022.pdf**
  192K

- **▮▮▮▮▮▮▮▮ Curriculum Fellow Harvard_ Rec. Haldar 2021.pdf**
  221K

- **▮▮▮▮▮▮▮▮▮_ Rec. Haldar 2019.pdf**
  147K

- **▮▮▮▮▮▮_M_ 2019_Rec Haldar.pdf**
  171K

- **▮▮▮▮▮▮▮▮▮ CRND_COS-SURF Rec. Haldar 2019.pdf**
  
- **▮▮▮▮▮▮▮▮_ Rec. Haldar 2020.pdf**
  170K

- **▮▮▮▮▮_COS_SURF_ Recommendation from Haldar 2021.pdf**
  165K

- **▮▮▮▮▮▮▮_COS_SURF_ Recommendation from Haldar 2021.pdf**
  145K

📄 ▇▇▇▇▇ – from Haldar 2020.pdf
171K

📄 ▇▇▇▇▇ Recommendation from Haldar 2021.pdf
124K

---

**Kasturi Haldar** ▇▇▇▇▇                                                    Fri, Mar 4, 2022 at 8:56 AM
To: ▇▇▇▇▇
Cc: Kasturi Haldar ▇▇▇▇▇

Dear ▇▇▇,

If the concern was that the Dean took action based upon the complaints from one person, ▇▇▇▇, why did you not investigate the Dean?   This also conflicts with your email of Feb 22 to me, that you were asked to investigate concerns received from employees and students who have worked in my lab.

The Dean's first message to me after hearing ▇▇▇▇'s complaints, made false allegations that my lab had destabilized. And at that time he claimed that his office had asked for and received many complaints from my lab.

I therefore have many questions about the investigation and do not understand why it cannot be more transparent.

A fair investigation would have recognized and acknowledged by now, that ▇▇▇▇ lied that I neglected and was cruel to her

📁 **▇▇▇ emails**

.  I'm attaching information I provided to the Dean. I'm also attaching all the email correspondence (▇▇▇ emails) I've had with her during her time at ND.  While this does not capture our in-person meetings, it definitively establishes that I was an active, supportive mentor and along with my lab kind to her, before, during and after the shut down.

Sincerely

Kasturi

[Quoted text hidden]

---

**6 attachments**

📄 ▇▇▇▇▇ **Correspondence Jan 2nd 2021 .pdf**
184K

📄 ▇▇▇▇▇ **Correspondence Jan 12th 2021.pdf**
197K

📄 ▇▇▇▇▇ **Correspondence Feb 28th 2021.pdf**
195K

📄 ▇▇▇▇▇ **Correspondence May 2021.pdf**
20K

📄 ▇▇▇▇▇ **Correspondence Aug 2021.pdf**
242K

📄 ▇▇▇▇▇ **Correspondence Sept 2021.pdf**
193K

