**NAOMI SHATZ** / **PARTNER**
nshatz@zalkindlaw.com

April 17, 2025

**BY ELECTRONIC FILING**
Clerk of the Court
United States District Court
Northern District of Indiana
South Bend Division

RE:   *Kasturi Haldar v. University of Notre Dame Du Lac, et al.*
      Case No. 3:24-cv-00836-CCB-SJF

Dear Clerk of the Court,

Pursuant to Judge Frankel's order on Plaintiff's Motion to Unseal her Motion for Reconsideration, DE 78, Plaintiff hereby submits the attached redacted exhibit (previously filed as DE 64-2), to replace DE 36-3, Exhibit C to the Plaintiff's Emergency Motion for Reconsideration.

Sincerely,

Naomi R. Shatz
Niamh S. Gibbons