UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| KASTURI HALDAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:24-cv-00836-CCB-SJF |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF NOTRE DAME | ) | |
| DU LAC, SANTIAGO SCHNELL, and | ) | |
| CINDY PARSEGHIAN | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR INTERPRETATION OF PROTECTIVE ORDER, TO REDESIGNATE DOCUMENTS, AND TO FILE PUBLIC VERSIONS OF SEALED DOCUMENTS**

The University of Notre Dame du Lac ("the University"), Santiago Schnell, and Cindy Parseghian (collectively, "Defendants") respectfully submit the following exhibits in support of their Response to Plaintiff's Motion for Interpretation of Protective Order, to Redesignate Documents, and to File Public Versions of Sealed Documents.

| Exhibit | Description |
|---|---|
| Exhibit 1 | *Calvente v. DePaul University, et al.*, Case No. 20-cv-3366, Dkt. Nos. 21, 43, 58, 64 (N.D. Ill. Oct. 1, 2020) (Blakey, J.) |
| Exhibit 2 | *Blasdel v. Northwestern Univ.*, Case No. 1:09-cv-5576, Dkt. Nos. 56, 59, 60 (N.D. Ill. 2010) |

Dated: April 25, 2025                                   Respectfully submitted,

*s/ Michael P. Palmer*
Michael P. Palmer (#25199-71)
V. Chisara Ezie-Boncoeur (#37251-71)
Barnes & Thornburg LLP

2

201 S. Main St., Suite 400
South Bend, IN  46601-2130
Attorney Palmer: (574) 237-1135
michael.palmer@btlaw.com
Attorney Ezie-Boncoeur:  (574) 237-1273
cezie@btlaw.com

Anneliese Wermuth
awermuth@cozen.com
Cozen O'Connor
123 N. Wacker Dr., Suite 1800
Chicago, IL  60606
(312) 474-7876

*Attorneys for Defendants,*
*University of Notre Dame du Lac, Santiago*
*Schnell and Cindy Parseghian*