# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR,<br><br>  Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN,<br><br>  Defendants. | Case No. 3:24-cv-00836-CCB-SJF |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 23, 2025, the address for undersigned counsel will be 2 Oliver Street, Suite 200, Boston, MA 02109.

Dated: August 21, 2025

                    Respectfully submitted,

By: _/s/ Naomi_____
Naomi R. Shatz*
Niamh Gibbons*
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
(617) 742-6020
nshatz@zalkindlaw.com
ngibbons@zalkindlaw.com

*Admitted Pro Hac Vice*

1

## Certificate of Service

      I certify that on August 21, 2025 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF.

                                    /s/    *Naomi R. Shatz*
                                    Naomi R. Shatz