UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR, ) | |
| ) | |
| Plaintiff, ) | Case No.: 3:24-cv-00836-CCB-SJF |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF NOTRE DAME ) | |
| DU LAC, SANTIAGO SCHNELL, and ) | |
| CINDY PARSEGHIAN ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Clarify the September 29, 2025, Opinion and Order, it is hereby **ORDERED** that the Motion is **GRANTED**. (ECF 92).

It is further **ORDERED** that the first bulleted sentence in Section III of the September 29, 2025, Opinion and Order is hereby clarified to provide as follows: "Count I (in part): Section 1981 Discrimination and Retaliation against Ms. Parseghian only."

SO ORDERED on October 17, 2025.

                                                         /s/*Cristal C. Brisco*
                                                         CRISTAL C. BRISCO, JUDGE
                                                         UNITED STATES DISTRICT COURT