UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:24-cv-00836-CCB-SJF |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, and CINDY PARSEGHIAN | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO CLARIFY
THE DECEMBER 15, 2025 SCHEDULING ORDER [DE 100]**

Plaintiff Kasturi Haldar and Defendants University of Notre Dame du Lac, Santiago Schnell and Cindy Parseghian respectfully submit this joint motion pursuant to Federal Rule of Civil Procedure 60(a) to clarify the December 15, 2025 Scheduling Order [DE 100], and in support thereof, aver as follows:

1. On December 5, 2025, the parties filed their joint Report of Parties' Planning Meeting ("Report"). [DE 99].

2. On December 15, 2025, the Court issued a Scheduling Order setting forth deadlines for discovery and other pretrial matters. [DE 100].

3. In their Report, the parties proposed that September 16, 2026 be the last date to complete fact discovery. [DE 99 at 3].

4. The Scheduling Order states that "the parties have agreed that the deadline for completion of fact discovery is September 16, 2026." [DE 100 at 2, sec. 3.].

5. The Scheduling Order later states "[t]he last date for the completion of ALL DISCOVERY is June 15, 2026." [DE 100 at 3, sec. 3].

2

6. The Scheduling Order also discusses the Court's view of the last month of discovery, and states that the deadline to file any discovery-related non-dispositive motion is August 19, 2026, and that dispositive motions are due on October 16, 2026. [DE 100 at 3-4, sec. 4]. This would seem to suggest that the fact discovery deadline should be September 16, not June 15.

7. The Scheduling Order also states that retained expert reports are due by November 15, 2026 for Plaintiff and by December 15, 2026 for Defendants. This suggests that the September 16, 2026 date is the last date for completion of "fact" discovery, rather than "all" discovery.

8. The parties therefore seek to clarify the Scheduling Order to state that the deadline for all fact discovery, as set forth in section 3 of the Scheduling Order, is September 16, 2026.

WHEREFORE, Plaintiff Kasturi Haldar and Defendants University of Notre Dame du Lac, Santiago Schnell and Cindy Parseghian respectfully request that this Court clarify the Scheduling Order [DE 100] to state that the deadline for all fact discovery is September 16, 2026.

Date:  December 23, 2025                                        Respectfully submitted,

*/s/ David  Nacht*                                               */s/ Anneliese Wermuth*

Counsel for Plaintiff                                            Counsel for Defendants

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed this 23rd day of December, 2025, with a copy served on all counsel of record via CM-ECF.

*/s/ Anneliese Wermuth*