UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR, | ) |
| | ) |
| Plaintiff, | )   Case No.: 3:24-cv-00836-CCB-SJF |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF NOTRE DAME DU LAC, *et al.* | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MEDIATOR SELECTION**

Plaintiff and Defendants (collectively, Plaintiff and Defendants hereinafter referred to as the "Parties"), by their respective counsel, pursuant to Section 4 of the Court's December 15, 2025 Scheduling Order (Dkt. 100), hereby notify the Court that the Parties have conferred regarding selection of the mediator in this matter and have agreed to select Deborah Haude as a mediator.

| As to Plaintiff: | As to Defendants |
|---|---|
| */s/ David A. Nacht* | */s/ Kelly T. Kindig* |
| NACTHLAW, P.C.<br>David A. Nacht (P47034)<br>501 Avis Dr., Ste. 3<br>Ann Arbor, MI 48108<br>(724) 663-7550 | Michael P. Palmer (#25199-71)<br>V. Chisara Ezie-Boncoeur (#37251-71)<br>BARNES & THORNBURG LLP<br>201 S. Main St., Suite 400<br>South Bend, IN  46601-2130<br>Attorney Palmer: (574) 237-1135<br>michael.palmer@btlaw.com<br>Attorney Ezie-Boncoeur:  (574) 237-1273<br>cezie@btlaw.com<br><br>Anneliese Wermuth<br>awermuth@cozen.com<br>COZEN O'CONNOR<br>123 N. Wacker Dr., Suite 1800<br>Chicago, IL  60606<br>(312) 474-7876<br><br>Kelly T. Kindig<br>kkindig@cozen.com<br>COZEN O'CONNOR<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>(215) 665-7252 |

Date:  January 26, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ Kelly T. Kindig*