UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 3:24-cv-00836-CCB-SJF |
| UNIVERSITY OF NOTRE DAME, et al, | ) ) ) ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Defendants University of Notre Dame du Lac ("Notre Dame"), Santiago Schnell, Cindy Parseghian, Steve Corcelli, and Jason Rohr (collectively, "Defendants"), by and through their undersigned counsel, respectfully request that the deadline for Defendants Notre Dame, Corcelli and Rohr to file a partial Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12 be set as March 6, 2026, and that the deadline for all Defendants, including any non-moving Defendants, to file an answer to any and all remaining claims be set for thirty (30) days after the Court's ruling on the Partial Motion to Dismiss. In support of this unopposed Motion, Defendants state as follows:

1. On January 21, 2026, Plaintiff Kasturi Haldar ("Haldar") filed an Amended Complaint that, in relevant part, asserts Section 1981 claims against two new individual Defendants, Corcelli and Rohr, and asserts new discrimination and retaliation claims under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act against Defendant Notre Dame based on newly alleged facts. *See* ECF 103 at ¶¶ 146-167, 168-176, 202-204, 210-211.

LEGAL\113019540\2

2. Pursuant to this Court's Scheduling Order dated December 15, 2025, the last date to amend the pleadings without prior leave of court as to Notre Dame, Ms. Parseghian, and Dr. Schnell is February 20, 2026. *See* ECF 100 at 2.[1]

3. Under FRCP 12(a)(1)(i), and once served, Defendants Rohr and Corcelli would have twenty-one days to file a responsive pleading to the Amended Complaint. However, under FRCP 12(a)(1)(A)(ii) and FRCP 4(d), Defendants Rohr and Corcelli may waive service and file a responsive pleading within 60 days after Plaintiff requests a waiver.

4. On January 29, 2026, undersigned counsel confirmed to Plaintiff's counsel that the undersigned will represent the two newly named individual Defendants, Drs. Corcelli and Rohr, and that if Plaintiff's counsel sent a waiver of service, they would accept. On February 2, 2026, Plaintiff's counsel agreed to send a waiver of service, thereby setting the deadline to answer or otherwise respond to the Amended Complaint to be sixty (60) days later pursuant to Federal Rule of Civil Procedure 4(d)(3).

5. To avoid a lengthy motion practice period, and to set deadlines on a consistent schedule for all Defendants, undersigned counsel proposed in that same e-mail exchange that Defendants Corcelli, Rohr, and Notre Dame file a motion pursuant to Federal Rule of Civil Procedure 12 by March 6, 2026. Plaintiff's counsel agreed to this proposed deadline.

6. Undersigned counsel further proposed that, within thirty (30) days of the Court's ruling on the above-referenced motion, any and all Defendants, including non-moving Defendants, would then file an answer to any and all remaining claims. Plaintiff's counsel also agreed to this proposal.

---

[1] Ordinarily, under FRCP 15(a)(3), Defendants Notre Dame, Schnell and Parseghian have fourteen days, or until February 4, 2026, to file a responsive pleading to the Amended Complaint.

7.     Rule 12(a)(4) of the Federal Rules of Civil Procedure provides that the answer to a complaint is due 14 days after "the court denies the [Rule 12] motion or postpones its disposition until trial." The Federal Rules of Civil Procedure do not explain whether the answer-deadline rule in Rule 12(a)(4) applies when a defendant responds to a complaint with a partial motion to dismiss some (but not all) of plaintiff's claims. This Court has held that a partial motion to dismiss does suspend the time to answer the claims not subject to the motion. *Ello v. Brinton*, No. 2:14-CV-299-TLS, 2015 WL 7016462, at *4 (N.D. Ind. Nov. 10, 2015).

8.     Defendants file this Motion to seek an order confirming the above-described schedule to answer or otherwise respond to Plaintiff's Amended Complaint and have attached a proposed order to that effect.

9.     As noted above, Defendants' counsel conferred with counsel for Plaintiff on this Motion, and counsel for Plaintiff consents to this Motion.

WHEREFORE, Defendants respectfully request that this Court grant the instant motion and that this Court enters an order in the form attached hereto.

Date:   February 4, 2026

Respectfully submitted,

*/s/ Kelly T. Kindig*
Michael P. Palmer (#25199-71)
V. Chisara Ezie-Boncoeur (#37251-71)
BARNES & THORNBURG LLP
201 S. Main St., Suite 400
South Bend, IN  46601-2130
Attorney Palmer: (574) 237-1135
michael.palmer@btlaw.com
Attorney Ezie-Boncoeur:  (574) 237-1273
cezie@btlaw.com

Anneliese Wermuth
awermuth@cozen.com
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, IL  60606
(312) 474-7876

Kelly T. Kindig
kkindig@cozen.com
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-7252

*Attorneys for Defendants*

4