## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| KASTURI HALDAR,<br><br>            Plaintiff,<br><br>v.<br><br><br>UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN,<br>            Defendants. | Case No. 3:24-cv-00836-CCB-SJF |

### NOTICE OF WITHDRAWL

Please accept this as a notice of withdrawal of Naomi R. Shatz on behalf of Kasturi Haldar in the above-captioned matter.

Dated: March 9, 2026

Respectfully submitted,

By: _Naomi_ _____

Naomi R. Shatz*
Niamh Gibbons*
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
(617) 742-6020
nshatz@zalkindlaw.com
ngibbons@zalkindlaw.com

*Admitted Pro Hac Vice*

1

**<u>Certificate of Service</u>**

I certify that on March 9, 2026 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF.

/s/     *Naomi R. Shatz*
Naomi R. Shatz