UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KASTURI HALDAR,
          Plaintiff,

v.

UNIVERSITY OF NOTRE DAME DU LAC, SANTIAGO SCHNELL, AND CINDY PARSEGHIAN,
          Defendants.

Case No. 3:24-cv-00836-CCB-SJF

### **NOTICE OF WITHDRAWL**

Please accept this as a notice of withdrawal of Niamh Gibbons on behalf of Kasturi Haldar in the above-captioned matter.

Dated: March 9, 2026

Respectfully submitted,

By: *Niamh S. Gibbons*

Niamh Gibbons*
Naomi R. Shatz*
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
(617) 742-6020
nshatz@zalkindlaw.com
ngibbons@zalkindlaw.com

*Admitted Pro Hac Vice*

1

**<u>Certificate of Service</u>**

      I certify that on March 9, 2026 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF.

      /s/    *Niamh Gibbons*
      Niamh Gibbons